WILLIE GARDNER, Respondent, v. ALEXANDER RENT-A-CAR, INC., et al., Appellants.

Concur —
Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.